Regina Yates and Charles V. Yates, Appellants, v. Archibald Stevenson, Respondent.— Motion to dismiss appeal denied on condition that appellants perfect appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

Francis Zyderveld, Appellant-Respondent, v. Realty Supply Corporation, Respondent-Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

Morris Barth, Individually and on Behalf of All Members of Moving Picture Machine Operators Union of Greater New York, Local No. 306, of International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Similarly Situated, Respondent, v. The Addie Co., Inc., Appellant, and Harry Sherman, as President of Moving Picture Machine Operators Union of Greater New York, Local No. 306, of International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of More than Seven Persons, Intervenor-Respondent.— Judgment in favor of the plaintiff, Barth, and the intervenor-defendant, Sherman, granting certain injunctive relief and money damages as a consequence of a breach of a contract of employment relating to certain motion picture machine operators unanimously affirmed, so far as concerns the money judgments, with costs to the respondents. The appeal so far as it relates to the injunctive provisions is dismissed as academic. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

Chester H. Bond and Others, Copartners Doing Business under the Firm Name and Style of A. C. Smith & Co., Respondents, v. George J. Northrup and Others, Defendants. Samuel B. Goodman, as Receiver in Supplementary Proceedings of Frederick M. Kaiser, One of the Defendants, Appellant.— Order denying motion of receiver for an order impleading him as a party defendant reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We are of opinion that, in view of the receiver's title to the debtor's property, and the failure of the debtor to defend, the receiver should be given the opportunity of testing the validity of the liens on the trial. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

Ida Frances Colgan, Appellant, v. George A. Colgan and Others, Respondents. (Appeal No. 1.)— Order directing a separate trial in equity of the issues of defendants' counterclaim before trial of plaintiff's cause of action in ejectment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

Ida Frances Colgan, Appellant, v. George A. Colgan and Others, Respondents. (Appeal No. 2.) — Order granting defendants' motion for an examination of plaintiff before trial affirmed, with ten dollars costs and disbursements. The examination may be had on five days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.